IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spencer, Dorothy | Case Number: 05 B 13835 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 4/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 2, 2008
Confirmed: June 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,379.00 | |
| Secured: | | 1,753.65 |
| Unsecured: | | 2,171.48 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 364.87 |
| Other Funds: | | 179.00 |
| Totals: | 7,379.00 | 7,379.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 1,095.10 | 1,095.10 |
| 4. | City Of Chicago | Secured | 158.55 | 158.55 |
| 5. | New Age Chicago Furniture Co | Secured | 500.00 | 500.00 |
| 6. | ECast Settlement Corp | Unsecured | 38.80 | 338.02 |
| 7. | City Of Chicago | Unsecured | 0.96 | 8.37 |
| 8. | New Age Chicago Furniture Co | Unsecured | 99.23 | 864.54 |
| 9. | RoundUp Funding LLC | Unsecured | 91.80 | 799.78 |
| 10. | RoundUp Funding LLC | Unsecured | 18.45 | 160.77 |
| 11. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 15. | MCI | Unsecured | | No Claim Filed |
| 16. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| | | | $ 4,912.89 | $ 6,835.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Spencer, Dorothy

Printed: 11/25/08

Case Number:  05 B 13835
Judge:  Wedoff, Eugene R
Filed:  4/12/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 25.37 |
| 5.5% | 100.80 |
| 5% | 30.55 |
| 4.8% | 42.25 |
| 5.4% | 152.58 |
| 6.5% | 13.32 |
| | $ 364.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

